# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 505 MAL 2016
:
           Respondent    :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
         v.    :
:
:
JOSEPH D. MARCY,    :
:
           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.